IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CEDAR BAYOU TOWING LIMITED LIABILITY COMPANY § § § § § § § | § § CIVIL ACTION NO. 4:16-cv-02910 § ADMIRALTY |
| v. | |
| GSD MARINE, LLC, et al. | |

## **DEFENDANT GSD MARINE, LLC'S CERTIFICATE OF INTERESTED PARTIES**

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant GSD Marine, LLC states that the following entities are or may be financially interested in the outcome of this action:

(1) Cedar Bayou Towing Limited Liability Company;

(2) Catlin Indemnity Company, indirectly, a wholly owned subsidiary of XL Group Ltd., a corporation organized under law in Bermuda, the shares of which are publicly traded at the New York Stock Exchange under the ticker symbol, XL;

(3) GSD Marine, LLC;

(4) GSD Trading USA, Inc;

(5) The Continental Insurance Company, a subsidiary of CNA Financial Corporation;

(6) G & H Towing Company;

(7) Bay Houston Towing Company;

(8) Bay Houston Maritime Industries, Inc;

(9) Buffalo Marine Service, Inc;

(10) Tug ANNIE MOON;

(11) Tug HARRIS II;

(12) Tug MARK K;

(13) Tug SAN TOMAS;

(14) Barge MOP 14;

(15) Buffalo Marine Service, Inc.;

(16) The West of England Ship Owners Mutual Insurance Association (Luxembourg).

      Respectfully submitted,

      WHEAT OPPERMANN PLLC

By: /s/ *Gus David Oppermann V*
    Gus David Oppermann V
    Federal ID No.: 16651
    Texas Bar No.: 00786148
    gdo@wom-law.com
    Warren A. Berlanga
    Federal ID No.: 2611869
    Texas Bar No. 24085199
    wberlanga@wom-law.com
    1722 Heights Boulevard
    Houston, Texas 77008
    (713) 861-8585
    (713) 861-3189 (facsimile)

**ATTORNEYS FOR DEFENDANT GSD MARINE, LLC**

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the above and foregoing has been forwarded to all counsel of record via filing same in the Court's CM/ECF system on this the 31st day of January, 2017.

      /s/ *Gus David Oppermann V*
      Gus David Oppermann V